### STATE v. SAM BLANTON.

(Filed 27 February, 1935.)

APPEAL by defendant from *Clement, J.,* at April Term, 1934, of GUILFORD.

Criminal prosecution, tried upon a warrant charging the defendant with operating a lottery in violation of C. S., 4428, as amended by chapter 434, Public Laws 1933.

From a verdict of guilty and judgment of six months on the roads the defendant appeals, assigning errors.

*Attorney-General Brummitt and Assistant Attorney-General Seawell for the State.*

*C. R. McIver, Jr., W. F. Renfrow, and A. Stacey Gifford for defendant.*

PER CURIAM.  A careful perusal of the record leaves us with the impression that it is free from reversible error.  The questions presented have apparently been decided in a number of cases.  The verdict and judgment will be upheld.

No error.